UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
LISA VASQUEZ, :
: 1:22-cv-3360 (PAC)
               *Plaintiff*, :
: **ORDER**
    -against- :
:
NEW YORK CITY DEPARTMENT :
OF EDUCATION, :
:
               *Defendant.* :
:
-------------------------------------------------------------x

      Following today's pre-motion conference, Defendant's motion to extend the answer deadline is **GRANTED**. Defendant's Answer shall be filed by August 16, 2022. Defendant's motion to compel Plaintiff to authorize release of New York City Administration for Children's Services ("ACS") records is **DENIED**, without prejudice as to its renewal during discovery. Defendant concedes it may use "alternative means to investigate the claims" besides compelling release of the ACS records. ECF No. 9 at 2. If that investigation does not provide the necessary information, Defendant may deny the Complaint's allegations without violating Federal Rule of Civil Procedure 11(b)(4) so long as those denials, "if specifically so identified, are reasonably based on belief or a lack of information" at the time the Answer is filed. And if subsequent discovery requires the Answer to be amended, Defendant will have an opportunity to do so.

Dated: New York, New York
       July 11, 2022

SO ORDERED

*[signature]*

HONORABLE PAUL A. CROTTY
United States District Judge