

Hon. Sylvia O. Hinds-Radix
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Jay Cullen
Phone: (212) 356-2079
jecullen@law.nyc.gov

November 8, 2022

**BY ECF**
Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *Lisa Vasquez v. New York City Department of Education*, 22-cv-3360 (PAC)

Dear Judge Crotty:

    I am the Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the Department of Education in the above-referenced case wherein Plaintiff wherein Plaintiff alleges that Defendant violated her civil rights pursuant to 42 U.S.C. Section 1983 by failing to provide appropriate special education services, discriminated against her child, violating Section 504 of the Rehabilitation act, and retaliated against the Plaintiff (Dkt. No. 1). On October 27, 2022, the Court held a Pre-Motion Conference in regard to Defendant's intended motion to dismiss and scheduled the Defendant's motion for November 10, 2022. The Defendant now respectfully requests a two-week extension of time to respond to submit the motion because unexpected work obligations have prevented the Defendant from having sufficient time to fully prepare, draft, and review the memorandum of law.

This is Defendant's first request for an extension. Plaintiff consents to a mutual two-week extension and the parties propose the following schedule in light of Defendant's request:

- Defendant's motion to dismiss to be filed by November 23, 2022
- Plaintiff's opposition to be filed by December 19, 2022
- Defendant Reply due on January 3, 2022.

Given the motion should either dismiss the case, or, at the very least, clarify the issues before the Court, a relatively minor extension of this sort is likely to benefit both parties and be judicially economical.

Accordingly, on behalf of the Defendant, I respectfully request an extension of time to file Defendant's motion to dismiss, from November 10 to November 23, 2022.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Jay Cullen
Assistant Corporation Counsel

cc: **by ECF**
Shaya M. Berger
Gulkowitz Berger LLP
4205 Avenue M
Brooklyn, NY 11234
212-208-0006
Email: sberger@gulkowitzberger.com

11/9/2022
The proposed extension is adopted. SO ORDERED.

*Paul A. Crotty*