UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LISA VASQUEZ on Behalf of Herself and
Her Infant DAUGHTER, J.V,                          :

             *Plaintiffs*,                  :       22 Civ. 3360 (PAC)

  -against-                                          :
                                                         **Order**

THE NEW YORK CITY DEPARTMENT                       :
OF EDUCATION,                                       :
             *Defendants*.
----------------------------------------------------------------X

On January 20, 2023, the Court held a pre-motion conference regarding Plaintiff's motion for emergency relief filed on January 19, 2023. *See* ECF No. 29. The Court ordered Defendant's response due January 27, 2023, and Plaintiff's reply due February 1, 2023. A hearing will be held on February 9, 2023.

The parties are also directed to meet and confer and provide a status update, on or before Tuesday, January 24, 2023, at 5:00pm EST, including the following information

- Any and all decisions before any Impartial Hearing Officers or State Review Officers, including Emergency or Interim Orders;

- J.V.'s placement from March 2020 through present, including the status of her current placement;

Plaintiff is directed to provide Defendant with any outstanding invoices that Defendant owes for J.V.'s services and to include their payment status in the January 24 update.

Dated: New York, New York          SO ORDERED
       January __, 2023

                                                      HONORABLE PAUL A. CROTTY
                                                      United States District Judge