UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LISA VASQUEZ on Behalf of Herself and
Her Infant DAUGHTER, J.V,          :

              *Plaintiffs*,          :          22 Civ. 3360 (PAC)

  -against-          :          **Order**

THE NEW YORK CITY DEPARTMENT          :
OF EDUCATION,          :
        *Defendant.*
-------------------------------------------------------------X

For the reasons stated on the record at the February 9, 2023, preliminary injunction hearing, Plaintiff's motion for a preliminary injunction pursuant to Fed. R. Civ. Pro. 65 is **GRANTED IN PART** and **DENIED IN PART**. The Court hereby

(1) **DENIES** Plaintiff's request for prospective funding, to be held in escrow, for 1:1 services at Lindamood Bell Learning Center, without prejudice to its renewal if Defendant ceases paying Lindamood for J.V.'s compensatory services;

(2) **DENIES** Plaintiff's request for prospective funding, to be held in escrow, for an unidentified provider for speech, physical, and occupation therapy, without prejudice to its renewal should an appropriate provider be identified; and

(3) **GRANTS** Plaintiff's request for compensatory transportation services, effective immediately, in a sum and amount to be calculated in line with the 2018 and 2020 administrative orders.

Dated: New York, New York
       February _9_, 2023

SO ORDERED

*/s/ Paul A. Crotty*
_____
HONORABLE PAUL A. CROTTY
United States District Judge

1