UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

LISA VASQUEZ, On Behalf of Herself and on Behalf of
Her Infant DAUGHTER, J.V.

            Plaintiffs,

      -against-

NEW YORK CITY DEPARTMENT OF EDUCATION

           Defendants.

---------------------------------------------------------------------- x

**ANSWER TO THE SECOND
AMENDED COMPLAINT**

23-cv-3360 (PAC)

    The City of New York, the New York City Department of Education ("DOE"),
("Defendant") by their attorney, Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of
New York, for their Answer to the Second Amended Complaint, ("Complaint"), respectfully state
and allege as follows:

    1. Denies the allegations set forth in paragraph "1" of the Second Amended
Complaint, except admit that Plaintiff purports to proceed as stated therein.

    2. Denies knowledge or information sufficient to form a belief as to the truth of the
allegations set forth in paragraph "2" of the Second Amended Complaint, except admits that school
records indicate J.V. is a student with a disability.

    3. Denies the allegations set forth in paragraph "3" of the Second Amended
Complaint.

    4. Denies the allegations set forth in paragraph "4" of the Second Amended
Complaint.

5. Denies the allegations set forth in paragraph "5" of the Second Amended Complaint, except admit that Plaintiff purports to proceed as stated therein, and respectfully refer the Court to the statutes cited therein for a complete and accurate statement of their provisions.

6. Denies the allegations set forth in paragraph "6" of the Second Amended Complaint, except admit that Plaintiff purports to proceed as stated therein, and respectfully refer the Court to the statutes cited therein for a complete and accurate statement of their provisions.

7. Denies the allegations set forth in paragraph "7" except admits that school records indicate Plaintiff, J.V., is a resident of Richmond County.

8. Denies the allegations set forth in paragraph "8" of the Second Amended Complaint, respectfully refer the Court to the statutes cited therein for a complete and accurate statement of their provisions.

9. Admits the allegations set forth in paragraph "9" of the Second Amended Complaint.

10. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "10" of the Second Amended Complaint.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "11" of the Second Amended Complaint.

12. Denies the allegations set forth in paragraph "12" of the Second Amended Complaint, and respectfully refers the Court to the Individualized Education Program dated November 13, 2017, for a complete and accurate statement of its contents.

13. Denies the allegations set forth in paragraph "13" of the Second Amended Complaint.

14. Denies the allegations set forth in Paragraph "14" of the Second Amended Complaint.

15. Denies the allegations set forth in paragraph "15" of the Second Amended Complaint.

16. Denies the allegations set forth "16" of the Second Amended Complaint.

17. Admits the allegations in paragraph "17" of the Second Amended Complaint.

18. Denies the allegations set forth in paragraph "18" of the Second Amended Complaint.

19. Denies the allegations set forth in paragraph "19" of the Second Amended Complaint.

20. Denies the allegations set forth in paragraph "20" and respectfully refers the Court to the 20 U.S. Code § 1400 et. seq. for complete and accurate statement of the obligations of the DOE.

21. Denies the allegations set forth in paragraph "21" of the Second Amended Complaint.

22. Denies the allegations set forth in paragraph "22" of the Second Amended Complaint, and respectfully refers the Court to Impartial Hearing Officer Farago's order on pendency for a complete and accurate statement of its contents.

23. Denies the allegations set forth in paragraph "23" of the Second Amended Complaint, and respectfully refers the Court to Impartial Hearing Officer Farago's order on pendency for a complete and accurate statement of its contents.

24. Denies the allegations set forth in paragraph "24" of the Second Amended Complaint, and respectfully refers the Court to Impartial Hearing Officer Farago's interim order for a complete and accurate statement of its contents.

25. Denies the allegations set forth in paragraph "25" of the Second Amended Complaint, and respectfully refers the Court to Impartial Hearing Officer Farago's Finding of Fact and Decision ("FOFD") for a complete and accurate statement of its contents.

26. Denies the allegations set forth in paragraph "26" of the Second Amended Complaint, and respectfully refers the Court to Impartial Hearing Officer Farago's Finding of Fact and Decision ("FOFD") for a complete and accurate statement of its contents.

27. Denies the allegations set forth in paragraph "27" of the Second Amended Complaint.

28. Denies the allegations set forth in paragraph "28" of the Second Amended Complaint, and respectfully refer the Court to the FOFD cited therein for a complete and accurate statement of its provisions.

29. Denies the allegations set forth in paragraph "29" of the Second Amended Complaint, and respectfully refer the Court to the FOFD cited therein for a complete and accurate statement of its provisions.

30. Denies the allegations set forth in paragraph "30" of the Second Amended Complaint, and respectfully refer the Court to the cited decision therein for a complete and accurate statement of its provisions.

31. Denies the allegations set forth in paragraph "31" of the Second Amended Complaint, and respectfully refer the Court to the cited decision therein for a complete and accurate statement of its provisions.

32. Denies the allegations set forth in paragraph "32" of the Second Amended Complaint.

33. Denies the allegations set forth in paragraph "33" of the Second Amended Complaint, and respectfully refer the Court to the cited decision therein for a complete and accurate statement of its provisions.

34. Denies the allegations set forth in paragraph "34" of the Second Amended Complaint, and respectfully refer the Court to the cited decision therein for a complete and accurate statement of its provisions.

35. Denies the allegations set forth in paragraph "35" of the Second Amended Complaint, and respectfully refer the Court to the statutes and regulations cited therein for a complete and accurate statement of their provisions.

36. Denies the allegations set forth in paragraph "36" of the Second Amended Complaint.

37. Denies the allegations set forth in paragraph "37" of the Second Amended Complaint.

38. Denies knowledge or information sufficient to form a basis as to the truth of the allegations set forth in paragraph "38" of the Second Amended Complaint.

39. Denies knowledge or information sufficient to form a basis as to the truth of the allegations set forth in paragraph "39" of the Second Amended Complaint.

40. Denies knowledge or information sufficient to form a basis as to the truth of the allegations set forth in paragraph "40" of the Second Amended Complaint.

41. Denies knowledge or information sufficient to form a basis as to the truth of the allegations set forth in paragraph "41" of the Second Amended Complaint.

42. Denies knowledge or information sufficient to form a basis as to the truth of the allegations set forth in paragraph "42" of the Second Amended Complaint.

43. Denies knowledge or information sufficient to form a basis as to the truth of the allegations set forth in paragraph "43" of the Second Amended Complaint.

44. Denies knowledge or information sufficient to form a basis as to the truth of the allegations set forth in paragraph "44" of the Second Amended Complaint.

45. Denies knowledge or information sufficient to form a basis as to the truth of the allegations set forth in paragraph "45" of the Second Amended Complaint.

46. Denies the allegations set forth in paragraph "46" of the Second Amended Complaint, and respectfully refer the Court to the IDEA for a complete and accurate statement of its provisions regarding rights and DOE's responsibilities.

47. Denies the allegations set forth in paragraph "47" of the Second Amended Complaint, and respectfully refer the Court to the IDEA for a complete and accurate statement of its provisions regarding DOE's responsibilities.

48. Denies the allegations set forth in paragraph "48" of the Second Amended Complaint, and respectfully refer the Court to the decision cited therein for a complete and accurate statement of its contents.

49. Denies the allegations set forth in paragraph "49" of the Second Amended Complaint.

50. Denies the allegations set forth in paragraph "50" of the Second Amended Complaint, and respectfully refer the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

51. Denies the allegations set forth in paragraph "51" of the Second Amended Complaint, and respectfully refer the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

52. Denies the allegations set forth in paragraph "52" of the Second Amended Complaint, and respectfully refer the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

53. Denies the allegations set forth in paragraph "53" of the Second Amended Complaint, and respectfully refer the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

54. Denies the allegations set forth in paragraph "54" of the Second Amended Complaint, and respectfully refer the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

55. Denies the allegations set forth in paragraph "55" of the Second Amended Complaint, and respectfully refer the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

56. Denies the allegations set forth in paragraph "56" of the Second Amended Complaint, and respectfully refer the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

57. Denies the allegations set forth in paragraph "57" of the Second Amended Complaint, and respectfully refer the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

58. Denies the allegations set forth in paragraph "58" of the Second Amended Complaint, and respectfully refer the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

59. Denies the allegations set forth in paragraph "59" of the Second Amended Complaint, and respectfully refer the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

60. Denies the allegations set forth in paragraph "60" of the Second Amended Complaint.

61. Denies the allegations set forth in paragraph "61" of the Second Amended Complaint.

62. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "62" of the Second Amended Complaint.

63. Denies the allegations set forth in paragraph "63" of the Second Amended Complaint, and respectfully refer the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

64. Denies the allegations set forth in paragraph "64" of the Second Amended Complaint.

65. Denies the allegations set forth in paragraph "65" of the Second Amended Complaint.

66. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "66" of the Second Amended Complaint.

67. Denies the allegations set forth in paragraph "67" of the Second Amended Complaint.

68. Denies the allegations set forth in paragraph "68" of the Second Amended Complaint.

69. Denies the allegations set forth in paragraph "69" of the Second Amended Complaint.

70. Denies the allegations set forth in paragraph "70" of the Second Amended Complaint.

71. Denies the allegations set forth in paragraph "71" of the Second Amended Complaint, and respectfully refers the Court to the administrative decisions cited therein for a complete and accurate statement of its contents.

72. Denies the allegations set forth in paragraph "72" of the Second Amended Complaint.

73. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "73" of the Second Amended Complaint.

74. Denies the allegations set forth in paragraph "74" of the Second Amended Complaint.

75. Denies the allegations set forth in paragraph "75" of the Second Amended Complaint.

76. Denies the allegations set forth in paragraph "76" of the Second Amended Complaint.

77. Denies the allegations set forth in paragraph "77" of the Second Amended Complaint.

78. Denies the allegations set forth in paragraph "78" of the Second Amended Complaint.

79. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "79" of the Second Amended Complaint.

80. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "80" of the Second Amended Complaint.

81. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "81" of the Second Amended Complaint.

82. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "82" of the Second Amended Complaint.

83. Denies the allegations set forth in paragraph "83" of the Second Amended Complaint.

84. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "84" of the Second Amended Complaint.

85. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "85" of the Second Amended Complaint.

86. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "86" of the Second Amended Complaint.

87. Denies the allegations set forth in paragraph "87" of the Second Amended Complaint.

88. Denies the allegations set forth in paragraph "88" of the Second Amended Complaint.

89. Denies the allegations set forth in paragraph "89" of the Second Amended Complaint.

90. Denies the allegations set forth in paragraph "90" of the Second Amended Complaint.

91. Denies the allegations set forth in paragraph "91" of the Second Amended Complaint.

92. Denies the allegations set forth in paragraph "92" of the Second Amended Complaint.

93. Denies the allegations set forth in paragraph "93" of the Second Amended Complaint, and respectfully refers the Court to the proceeding referenced therein for a complete and accurate statement of its contents and import.

94. Denies the allegations set forth in paragraph "94" of the Second Amended Complaint, and respectfully refers the Court to the consent decree cited therein for a complete and accurate statement of its contents and import.

95. Denies the allegations set forth in paragraph "95" of the Second Amended Complaint, and respectfully refers the Court to the consent decree cited therein for a complete and accurate statement of its contents and import.

96. Denies the allegations set forth in paragraph "96" of the Second Amended Complaint, and respectfully refers the Court to the consent decree cited therein for a complete and accurate statement of its provisions and import.

97. Denies the allegations set forth in paragraph "97" of the Second Amended Complaint, and respectfully refers the Court to the consent decree cited therein for a complete and accurate statement of its provisions and import.

98. Denies the allegations set forth in paragraph "98" of the Second Amended Complaint, and respectfully refer the Court to the proceeding referenced therein for a complete and accurate statement of its contents and import regarding notices.

99. Denies the allegations set forth in paragraph "99" of the Second Amended Complaint, and respectfully refer the Court to the proceeding referenced therein for a complete and accurate statement of its contents and import regarding notices.

100. Denies the allegations set forth in paragraph "100" of the Second Amended Complaint, and respectfully refers the Court to the proceeding referenced therein for a complete and accurate statement of its contents and import.

101. Denies the allegations set forth in paragraph "101" of the Second Amended Complaint, and respectfully refer the Court to the notices and proceeding referenced therein for a complete and accurate statement of their contents and import.

102. Denies the allegations set forth in paragraph "102" of the Second Amended Complaint, and respectfully refer the Court to the proceeding referenced therein for a complete accurate statement of its contents and import.

103. Denies the allegations set forth in paragraph "103" of the Second Amended Complaint.

104. Denies the allegations set forth in paragraph "104" of the Second Amended Complaint, and respectfully refer the Court to the proceeding referenced therein for a complete accurate statement of its contents and import.

105. Denies the allegations set forth in paragraph "105" of the Second Amended Complaint, and respectfully refer the Court to the proceeding referenced therein for a complete accurate statement of its contents and import.

106. Denies the allegations set forth in paragraph "106" of the Second Amended Complaint.

107. Denies the allegations set forth in paragraph "107" of the Second Amended Complaint.

108. Denies the allegations set forth in paragraph "108" of the Second Amended Complaint.

109. Denies the allegations set forth in paragraph "109" of the Second Amended Complaint.

110. Denies the allegations set forth in paragraph "110" of the Second Amended Complaint.

111. Denies the allegations set forth in paragraph "111" of the Second Amended Complaint.

112. Denies the allegations set forth in paragraph "112" of the Second Amended Complaint.

113. Denies the allegations set forth in paragraph "113" of the Second Amended Complaint.

114. Denies the allegations set forth in paragraph "114" of the Second Amended Complaint.

115. Denies the allegations set forth in paragraph "115" of the Second Amended Complaint.

116. Denies the allegations set forth in paragraph "116" of the Second Amended Complaint.

117. Denies the allegations set forth in paragraph 117" of the Second Amended Complaint.

118. Denies the allegations set forth in paragraph "118" of the Second Amended Complaint.

119. Denies the allegations set forth in paragraph "119" of the Second Amended Complaint.

120. Denies the allegations set forth in paragraph "120" of the Second Amended Complaint.

121. Denies the allegations set forth in paragraph "121" of the Second Amended Complaint.

122. Denies the allegations set forth in paragraph "122" of the Second Amended Complaint.

123. Denies the allegations set forth in paragraph "123" of the Second Amended Complaint.

124. Denies the allegations set forth in paragraph "124" of the Second Amended Complaint.

125. Denies the allegations set forth in paragraph "125" of the Second Amended Complaint.

126. Denies the allegations set forth in paragraph "126" of the Second Amended Complaint.

127. Denies the allegations set forth in paragraph "127" of the Second Amended Complaint.

128. Denies the allegations set forth in paragraph "128" of the Second Amended Complaint.

129. Denies the allegations set forth in paragraph "129" of the Second Amended Complaint.

130. Denies the allegations set forth in paragraph "130" of the Second Amended Complaint.

131. Denies the allegations set forth in paragraph "131" of the Second Amended Complaint, and respectfully refers the Court to the authority cited therein for a complete and accurate statement of its contents and import.

132. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "132" of the Second Amended Complaint.

133. Denies the allegations set forth in paragraph "133" of the Second Amended Complaint

134. Denies the allegations set forth in paragraph "134" of the Second Amended Complaint.

135. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "135" of the Second Amended Complaint.

136. Denies the allegations set forth in paragraph "136" of the Second Amended Complaint.

137. Repeats and realleges each and every response set forth above as if set forth fully herein.

138. Defendants Denies the allegations set forth in paragraph "138" of the Second Amended Complaint.

139. Denies the allegations set forth in paragraph "139" of the Second Amended Complaint.

140. Denies the allegations set forth in paragraph "140" of the Second Amended Complaint.

141. Denies the allegations set forth in paragraph "141" of the Second Amended Complaint.

142. Denies the allegations set forth in paragraph "142" of the Second Amended Complaint, and respectfully refer the Court to the Stipulation referenced therein for a complete and accurate statement of its contents.

143. Denies the allegations set forth in paragraph "143" of the Second Amended Complaint, and respectfully refers the Court to the statute cited therein for a complete and accurate statement of its provisions and import.

144. Denies the allegations set forth in paragraph "144" of the Second Amended Complaint.

145. Denies the allegations set forth in paragraph "145" of the Second Amended Complaint.

146. Denies the allegations set forth in paragraph "146" of the Second Amended Complaint.

147. Denies the allegations set forth in paragraph "147" of the Second Amended Complaint.

148. Denies the allegations set forth in paragraph "148" of the Second Amended Complaint.

149. Denies the allegations set forth in paragraph "149" of the Second Amended Complaint.

150. Repeats and realleges each and every response set forth above as if set forth fully herein.

151. Denies the allegations set forth in paragraph "151" of the Second Amended Complaint, and respectfully refers the Court to the statute cited therein for a complete and accurate statement of its provisions.

152. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "152" of the Second Amended Complaint.

153. Denies the allegations set forth in paragraph "153" of the Second Amended Complaint.

154. Denies the allegations set forth in paragraph "154" of the Second Amended Complaint.

155. Denies the allegations set forth in paragraph "155" of the Second Amended Complaint.

156. Denies the allegations set forth in paragraph "156" of the Second Amended Complaint.

157. Denies the allegations set forth in paragraph "157" of the Second Amended Complaint.

158. Denies the allegations set forth in paragraph "158" of the Second Amended Complaint.

159. Denies the allegations set forth in paragraph "159" of the Second Amended Complaint.

160. Denies the allegations set forth in paragraph "160" of the Second Amended Complaint.

161. Denies the allegations set forth in paragraph "161" of the Second Amended Complaint.

162. Repeats and realleges each and every response set forth above as if set forth fully herein.

163. Denies the allegations set forth in paragraph "163" of the Second Amended Complaint.

164. Denies the allegations set forth in paragraph "164" of the Second Amended Complaint.

165. Denies the allegations set forth in paragraph "165" of the Second Amended Complaint.

166. Denies the allegations set forth in paragraph "166" of the Second Amended Complaint.

167. Denies the allegations set forth in paragraph "167" of the Second Amended Complaint.

168. Denies the allegations set forth in paragraph "168" of the Second Amended Complaint.

169. Denies the allegations set forth in paragraph "169" of the Second Amended Complaint.

170. Denies the allegations set forth in paragraph "170" of the Second Amended Complaint.

## AS AND FOR A FIRST DEFENSE:

171. The Second Amended Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

## AS AND FOR A SECOND DEFENSE:

172. Defendants have not violated any rights, privileges or immunities under the Constitution or laws of the United States, of the State of New York, or of any political subdivision thereof.

## AS AND FOR A THIRD DEFENSE:

173. At all times relevant to the acts alleged in the Second Amended Complaint, Defendants acted reasonably, properly, lawfully, without malice, and in good faith.

## AS AND FOR A FOURTH DEFENSE:

174. Plaintiffs are not entitled to money damages.

## AS AND FOR A FIFTH DEFENSE:

175. Plaintiff is not entitled to an award of compensatory education, other services, or equitable relief.

## AS AND FOR A NINTH DEFENSE:

176. The hours and expenses billed, and the rates charged by Plaintiffs' counsel are not reasonable.

## FOR A TENTH DEFENSE:

177. Any injury alleged to have been sustained resulted from Plaintiffs' own culpable or negligent conduct, or the intervening culpable or negligent conduct of individuals who are not parties to this lawsuit, and was not the proximate result of any act of Defendant.

**FOR AN ELEVENTH DEFENSE:**

178.    To the extent that the Complaint alleges any claims arising under the laws of the State of New York, such claims may be barred in whole or in part by reason of Plaintiffs' failure to comply with the requirements of New York Education Law § 3813.

**FOR A TWELFTH DEFENSE:**

179.    This action may be barred, in whole or in part, by the applicable statute of limitations.

**FOR A THIRTEENTH DEFENSE:**

180.    At all times relevant to the acts alleged in the Complaint, the duties and functions of the municipal Defendant's officials entailed the reasonable exercise of proper and lawful discretion.  Therefore, Defendant has governmental immunity from liability.

**FOR A FOURTEENTH DEFENSE:**

181.    There is no basis for municipal liability.

**WHEREFORE,** Defendants request judgment dismissing the Second Amended Complaint, and all relief requested therein, together with such other and further relief as the Court deems just and proper.

Dated:      May 17, 2024
           New York, New York

                    **HON. SYLVIA O. HINDS-RADIX**
                    *Corporation Counsel of the City of New York*
                    Attorney for Defendants
                    100 Church Street
                    New York, NY 10007
                    (212) 356-2392
                    AlfMille@law.nyc.gov

                  By:                                          
                            Alfred Miller, Jr.
                            Assistant Corporation Counsel

To:      Shaya M. Berger
           544 Oak Drive
           Far Rockaway, NY 11691
           (212) 208-0006
           sberger@gulkowitzberger.com
           **Via ECF**