USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/23/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

LISA VASQUEZ, INDIVIDUALLY AND ON        :
BEHALF OF HER INFANT DAUGHTER J.V.,      :
                                          :
                            Plaintiff,    :
              -against-                    :          22-CV-3360 (VEC)
                                          :
NEW YORK CITY DEPARTMENT OF               :          ORDER
EDUCATION,                                :
                                          :
                                          :
                            Defendant.    :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a pretrial conference is scheduled for Friday, May 24, 2024, at 10:00 A.M;

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the pretrial

conference is ADJOURNED to **Friday, May 31, 2024, at 10:00 A.M.**  The conference will be

held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley

Square, New York, New York 10007.


**SO ORDERED.**

Date:  **May 23, 2024**
       **New York, NY**                    **VALERIE CAPRONI**
                                           **United States District Judge**