USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LISA VASQUEZ, INDIVIDUALLY AND ON : 
BEHALF OF HER INFANT DAUGHTER J.V., :
:
                                  Plaintiff, :
         -against- :     22-CV-3360 (VEC)
:
NEW YORK CITY DEPARTMENT OF :     ORDER
EDUCATION, :
:
:
                                  Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a pretrial conference is scheduled for Friday, September 27, 2024, at 10:00 A.M.;

       WHEREAS the parties' deadline to file a pre-conference joint letter is Thursday, September 19, 2024; and

       WHEREAS on August 19, 2024, the Court granted the parties' request to extend the fact discovery deadline to November 25, 2024;

       IT IS HEREBY ORDERED that the pretrial conference scheduled for Friday, September 27, 2024, at 10:00 A.M. is ADJOURNED to **Friday, December 6, 2024, at 10:00 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that the parties' deadline to file a pre-conference joint letter, as described on the third page of the Case Management Plan at docket entry 79, is extended from Thursday, September 19, 2024, to **Tuesday, November 26, 2024**.

**SO ORDERED.**

Date:  **August 20, 2024**  
       **New York, NY**

                                              **VALERIE CAPRONI**  
                                           **United States District Judge**