```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/24
```



**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ALFRED MILLER, JR.**
Phone: (212) 356-2392
Fax: (212) 356-1148
AlfMille@law.nyc.gov
(not for service)

November 27, 2024

**BY ECF**
Honorable Valerie Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

22-cv-3360

Re:  *Vasquez v. New York City Department of Education,* ~~23-cv-03360~~

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the New York City Department of Education, the Defendant in the above referenced case. I write jointly with the Shaya Berger, Esq., counsel to the Plaintiff in this action.

      We write to respectfully request an adjournment of the pre-trial conference currently scheduled for Friday, December 6, 2024, at 10:00 A.M. The parties have been actively engaging in discovery and third-party discovery. On October 31, 2024, Your Honor granted in part and denied in part the parties joint application for an extension of the discovery deadlines. ECF No. 84. Pursuant to that Order, fact discovery was extended until December 30, 2024. As such, the parties respectfully request an adjournment of the pre-trial conference until after the close of fact discovery on December 30, 2024. This is the parties first request for an adjournment.

      I thank the Court for its consideration of the within.

Respectfully submitted,

*/s/ Alfred Miller, Jr.*
Alfred Miller, Jr.
Assistant Corporation Counsel

Application GRANTED.  The pretrial conference scheduled for Friday, December 6, 2024, at 10:00 A.M. is ADJOURNED to **Friday, January 10, 2025, at 10:00 A.M.**  The parties' deadline to submit a joint letter in accordance with the Court's Order at Dkt. 79 is extended *nunc pro tunc* from Tuesday, November 26, 2024, to **Thursday, January 2, 2025**.

SO ORDERED.

12/2/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE