USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LISA VASQUEZ, INDIVIDUALLY AND ON  :
BEHALF OF HER INFANT DAUGHTER J.V.,  :
                                                                       :
                                            Plaintiff,          :
            -against-                                           :         22-CV-3360 (VEC)
                                                                       :
NEW YORK CITY DEPARTMENT OF          :         ORDER
EDUCATION,                                                   :
                                                                       :
                                                                       :
                                            Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 17, 2025, the parties appeared before the Court for a pretrial conference;

WHEREAS the parties indicated that they did not plan on moving for summary judgment; and

WHEREAS the parties' deadline to complete expert discovery is Friday, April 25, 2025, *see* Dkt. 86;

IT IS HEREBY ORDERED that the parties must appear for a pretrial conference on **Friday, May 2, 2025, at 10:00 A.M.** The conference will be held in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007. The Court will set a trial schedule at the conference.

**SO ORDERED.**

Date: **January 17, 2025**
          New York, NY

                                                                                  _____
                                                                                  **VALERIE CAPRONI**
                                                                                  **United States District Judge**