```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2025
```



**GULKOWITZ BERGER LLP**
544 Oak Drive
Far Rockaway, NY 11691
212-208-0006

May 27, 2025

**VIA ECF**
Honorable Valerie Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



**MEMO ENDORSED**

      RE:    Lisa Vasquez et al. v. New York City Department of Education
              22-cv-3360 (VEC)
              <u>Second Request for Extension Expert Discovery</u>

Dear Judge Caproni:

      I write this letter to make a second request for an extension of the expert discovery deadline, mindful that the Court had advised it was highly unlikely that further extensions would be granted.

      I was able to secure an expert ready to evaluate my client and write a report, and we scheduled an appointment. However, my client was not able to make the appointment due to several personal family matters that arose. My client is a single parent in care of young children, students with disabilities, and the youngest of which is medically fragile.

      Because of the above, and understanding the Court's directive, I am compelled to respectfully request a second extension of the expert deadline so that we can arrange for an evaluation and report. I have corresponded with Defendant's counsel, and he has consented to an extension with the request that I ask the Court to set a final date by which Plaintiffs must produce an expert report and then a date by which Defendant can produce their own report in response. To that end, we respectfully request a second extension of the expert discovery deadline as follows:

      Deadline for Plaintiffs to produce expert report June 30, 2025.
      Deadline for Defendant to produce expert report: August 1, 2025.
      If Defendant produces their own expert, deadline for Plaintiff to depose Defendant's expert and end of expert discovery: August 29, 2025

      I thank the Court for considering this request.
.

Respectfully submitted,

**GULKOWITZ BERGER LLP**

/s/ Shaya M. Berger
Shaya M. Berger, Esq.
544 Oak Drive
Far Rockaway, NY 11691
212-208-0006 (tel) | 718-744-9708 (fax)
sberger@gulkowitzberger.com
*Attorneys for Plaintiffs*

cc:   Alfred Miller, Jr., Assistant Corporation Counsel

---

Application GRANTED.  The parties' deadline to complete expert discovery is ADJOURNED from Friday, May 30, 2025, **to Friday, August 29, 2025**.  **By Monday, June 30, 2025**, Plaintiff must produce her expert report to Defendant.  By **Friday, August 1, 2025**, Defendant must produce its expert report to Plaintiff.

Although the Court is mindful of the difficulties Plaintiff faces that have prevented her from keeping certain appointments, it is her responsibility to prosecute this lawsuit.  The Court has granted several extensions of the fact and expert discovery deadlines in this case, including to accommodate challenges in scheduling Plaintiff's deposition and her sudden, early termination of the deposition once scheduled.  The Court will not further extend the expert discovery deadline in this action.

The pretrial conference scheduled for Friday, June 20, 2025, at 10:00 A.M. is ADJOURNED to **Friday, September 19, 2025, at 10:00 A.M.**

SO ORDERED.

5/28/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE