USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2025



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ALFRED MILLER, JR.**
Phone: (212) 356-2392
Fax: (212) 356-1148
AlfMille@law.nyc.gov
(not for service)

September 10, 2025

**BY ECF**
Honorable Valerie Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:   *Vasquez v. New York City Department of Education,* 22-cv-03360

Your Honor:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the New York City Department of Education, the Defendant in the above referenced case.

I write to respectfully request a brief adjournment of the pretrial conference currently scheduled for Friday, September 19, 2025. The adjournment is requested as the undersigned will be traveling internationally. I apologize for not realizing and alerting the Court of the conflict earlier. This is the Defendant's first request to adjourn the pretrial conference. Counsel for the Plaintiff consents to the adjournment but respectfully asked that the adjournment date be mindful of the religious holidays which occur in the fall. Alternative dates include September 26-30th, October 16-17th, and October 29-31st.

I thank the Court for its consideration of the within.

Respectfully submitted,

Alfred Miller, Jr.
Assistant Corporation Counsel

Application GRANTED.  The pretrial conference scheduled for Friday, September 19, 2025, at 10:00 A.M. is ADJOURNED to **Friday, September 26, 2025, at 10:00 A.M.**  The parties' deadline to submit a joint letter in accordance with the Court's prior Order at Dkt. 79 is ADJOURNED from Thursday, September 11, 2025, to **Thursday, September 18, 2025**.

SO ORDERED.

*[signature]*    9/11/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE