**GULKOWITZ BERGER LLP**
544 Oak Drive
Far Rockaway, NY 11691
212-208-0006

September 18, 2025

<u>VIA ECF</u>
Honorable Valerie Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:    Lisa Vasquez et al. v. New York City Department of Education
               22-cv-3360 (VEC)
               <u>Joint Letter</u>

Dear Judge Caproni:

    I write this letter to submit the parties joint statement that the Court required. This letter was drafted with the input from defendant's counsel.

    a.  Statement of all existing deadlines, due dates, and/or cut-off dates.

        <u>All deadlines, due dates and cutoffs have passed</u>.

    b.  A brief description of any outstanding motions.

        <u>There are no outstanding motions</u>.

    c.  A brief description of the status of discovery and of any additional discovery that needs to be completed.

        Plaintiffs were unable to retain an expert and submitted no expert reports nor has it identified any expert witnesses. Defendant has not submitted any expert reports or identified any expert witnesses. Fact discovery has concluded except for (1) certain documents, such as receipts of expenses, that Plaintiff Lisa Vasquez identified in her deposition that we are still looking to locate; and (2) discovery on the *Monell* claim, which was stayed *sine die*. Plaintiffs will continue to look for the documents and Plaintiffs' counsel will update the Court and Defendant at the upcoming conference on <u>that matter</u>.

d.  A statement describing the status of any settlement discussions and whether the parties would like a settlement conference.

Parties have discussed settlement and at this time are at standstill, and it appears a <u>settlement conference would not advance settlement based on the parties' positions</u>.

e.  A statement of the anticipated length of trial and whether the case is to be tried to a Jury.

Each side anticipates needing one day to present their case and therefore, two days for <u>the full trial.  Plaintiffs anticipate to continue to request a jury trial</u>.

f.  A statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony.

Plaintiffs do not anticipate filing a motion for summary judgment.  Defendant does not at this time anticipate moving for summary judgment, but Defendant anticipates moving for an adverse inference, primarily based on the document issue referenced in <u>(c) above</u>.

g.  Any other issue that the parties would like to address at the pretrial conference.

<u>The parties do not have any other issues to address</u>.

h.  Any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

The parties at this time are not aware of any other information that may assist the case <u>to settlement or trial</u>.

        Respectfully submitted,

        **GULKOWITZ BERGER LLP**

        <u>/s/ Shaya M. Berger</u>
        Shaya M. Berger, Esq.
        544 Oak Drive
        Far Rockaway, NY 11691
        212-208-0006 (tel) | 718-744-9708 (fax)
        sberger@gulkowitzberger.com
        *Attorneys for Plaintiffs*

cc:    Alfred Miller, Jr., Assistant Corporation Counsel