```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LISA VASQUEZ, INDIVIDUALLY AND ON :
BEHALF OF HER INFANT DAUGHTER J.V., :
                                                                              :
                                            Plaintiff,        :
            -against-                                         :        22-CV-3360 (VEC)
                                                                              :
NEW YORK CITY DEPARTMENT OF               :        ORDER
EDUCATION,                                                  :
                                                                              :
                                            Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 26, 2025, the parties appeared before the Court for a pretrial conference;

IT IS HEREBY ORDERED that trial will begin on **Monday, February 23, 2026, at 10:00 A.M.**  Trial will be held in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that the final pretrial conference will take place on **Thursday, February 12, 2026, at 2:30 P.M.**  The conference will also take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that the parties' motions *in limine* are due **Friday, October 24, 2025**.  Responses to the motions *in limine* are due **Friday, November 7, 2025**.  The parties' joint pretrial order, as detailed in Rule 8.D of the Undersigned's Individual Practices in Civil Cases, is due **Friday, December 5, 2025**.  The joint pretrial order must include joint proposed requests to charge, joint proposed *voir dire* questions, and joint proposed verdict sheets.

SO ORDERED.

Date: September 26, 2025
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**