

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:\_\_11/6/2025\_\_\_

**MEMO ENDORSED**

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ALFRED MILLER, JR**
*Senior Counsel*
E-mail:alfmille@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

November 5, 2025

**VIA ECF**
Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>Lisa Vasquez v. N.Y.C. Dep't of Educ.</u> 22-cv-03360 (VEC)

Dear Your Honor:

      This Office represents the Defendant in this matter, New York City Public Schools, sued herein as the New York City Department of Education (the "DOE").

      I write to respectfully request a two-week extension of time to file its motion for summary judgment which is currently due on November 12, 2025. The additional time is required due to the novel legal arguments and issued raised in this matter. Additionally, the time is needed to obtain approvals while accounting for scheduled leaves. This is the DOE's first request for an extension of time to file its motion for summary judgement.

      I have consulted with Plaintiff's counsel Shaya M. Berger, Esq., and he consents to the requested extension.

      As the request effects the briefing schedule, the Parties propose to extend each existing deadline by two weeks. As such, the DOE requests the Court amend the briefing schedule as follows:

            Defendant's Motion for Summary Judgement: November 26, 2025
            Plaintiffs' Opposition: January 5, 2026
            Defendant's Reply if any: January 23, 2026

      Thank you for your time and consideration.

                                          Respectfully,

                                          Alfred Miller, Jr
                                          Senior Counsel

**VIA ECF ALL COUNSEL**

Application GRANTED.  Defendant's deadline to move for summary judgment is ADJOURNED from Wednesday, November 12, 2025, to Wednesday, November 26, 2025.  Plaintiffs' opposition to Defendants' motion is ADJOURNED from Monday, December 22, 2025, to Monday, January 5, 2026.  Defendant's time to file reply papers is ADJOURNED from Friday, January 9, 2026, to Friday, January 23, 2026.

The parties are directed to review Rule 4.G.ii of the Undersigned's Individual Practices in Civil Cases for instructions on filing Rule 56.1 Statements.  At the time the motion is fully briefed, the Court should have one, final consolidated 56.1 Statement.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 107.

SO ORDERED.

11/6/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE