

**T**HE **C**ITY OF **N**EW **Y**ORK
# L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ALFRED MILLER, JR**
*Senior Counsel*
E-mail:alfmille@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/26/2025___

**VIA ECF**

November 21, 2025

Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



Re:    *Lisa Vasquez v. N.Y.C. Dep't of Educ.* 22-cv-03360 (VEC)

Dear Your Honor:

This Office represents the Defendant in this matter, New York City Public Schools, sued herein as the New York City Department of Education (the "DOE").

I write to respectfully request a two-week extension of time to file its motion for summary judgment which is currently due on November 26, 2025. The additional time is required due to technological issues. The work on the motion was deleted when the computer unexpectedly restarted and only a portion could be restored. This is the DOE's second request for an extension of time to file its motion for summary judgement. Your Honor granted the first request for a brief extension.

I have consulted with Plaintiff's counsel Shaya M. Berger, Esq., and he consents to the requested extension.

As the request effects the briefing schedule, the Parties propose to extend each existing deadline by two weeks. As such, the DOE requests the Court amend the briefing schedule as follows:

Defendant's Motion for Summary Judgement: December 11, 2025
Plaintiffs' Opposition: January 20, 2026
Defendant's Reply if any: February 3,2026

Thank you for your time and consideration.

Respectfully,

Alfred Miller, Jr
Senior Counsel

**VIA ECF ALL COUNSEL**

Application GRANTED.  Defendant's deadline to move for summary judgment is ADJOURNED from Wednesday, November 26, 2025, to **Thursday, December 11, 2025**. Plaintiff's time to file an opposition is ADJOURNED from Monday, January 5, 2026, to **Tuesday, January 20, 2026**.  Defendant's time to file a reply is ADJOURNED from Friday, January 23, 2026, to **Tuesday, February 3, 2026**.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 109.


SO ORDERED.

11/26/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE