

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/10/2025__

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ALFRED MILLER, JR**
*Senior Counsel*
E-mail:alfmille@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

<u>**VIA ECF**</u>

Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

December 9, 2025

## MEMO ENDORSED

Re:    *Lisa Vasquez v. N.Y.C. Dep't of Educ.* 22-cv-03360 (VEC)

Dear Your Honor:

This Office represents the Defendant in this matter, New York City Public Schools, sued herein as the New York City Department of Education (the "DOE").

I write to respectfully request a one-week extension of time to file its motion for summary judgment which is currently due on December 11, 2025. The additional time is required as the prior extension did not account for limited availability for review by DOE as the academic semester comes to a close. The undersigned apologies for this oversight. This is the DOE's third request for an extension of time to file its motion for summary judgement. Your Honor granted the prior requests for a brief extension.

I have consulted with Plaintiff's counsel Shaya M. Berger, Esq., and he consents to the requested extension.

As the request effects the briefing schedule, the Parties propose to extend each existing deadline by one week. As such, the DOE requests the Court amend the briefing schedule as follows:

   Defendant's Motion for Summary Judgement: December 18, 2025
   Plaintiffs' Opposition: January 27, 2026
   Defendant's Reply if any: February 10,2026

Thank you for your time and consideration.

Respectfully,

Alfred Miller, Jr
Senior Counsel

**VIA ECF ALL COUNSEL**

Application GRANTED.  Defendant's deadline to move for summary judgment is ADJOURNED from Thursday, December 11, 2025, to **Thursday, December 18, 2025**. Plaintiff's time to file an opposition is ADJOURNED from Tuesday, January 20, 2026, to **Tuesday, January 27, 2026**. Defendant's time to file a reply is ADJOURNED from Tuesday, February 3, 2026, to Tuesday, **February 10, 2026**. The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 111.


SO ORDERED.

12/10/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE