

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/18/2025__

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ALFRED MILLER, JR**
*Senior Counsel*
E-mail:alfmille@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

December 16, 2025

**VIA ECF**
Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:    *Lisa Vasquez v. N.Y.C. Dep't of Educ.* 22-cv-03360 (VEC)

Dear Your Honor:

This Office represents the Defendant in this matter, New York City Public Schools, sued herein as the New York City Department of Education (the "DOE").

I write to respectfully request an extension of time to file its motion for summary judgment which is currently due on December 18, 2025. The additional time is required as the undersigned has been and continues to be on medical leave after developing flu-like symptoms. This is the DOE's fourth request for an extension of time to file its motion for summary judgement. Your Honor granted the prior requests.

I have consulted with Plaintiff's counsel Shaya M. Berger, Esq., and he consents to the requested extension.

As the request effects the briefing schedule, the Parties propose to extend each existing deadline by one week. As such, the DOE requests the Court amend the briefing schedule as follows:

Defendant's Motion for Summary Judgement: December 31, 2025
Plaintiffs' Opposition: February 13, 2026
Defendant's Reply if any: February 27, 2026

Thank you for your time and consideration.

Respectfully,
/S/ AM
Alfred Miller, Jr
Senior Counsel

**VIA ECF ALL COUNSEL**

Application GRANTED.  Defendant's deadline to move for summary judgment is ADJOURNED from December 18, 2025, to **Wednesday, December 31, 2025**.  Plaintiff's time to file an opposition is ADJOURNED from January 27, 2026, to **Friday, February 13, 2026**.  Defendant's time to file a reply is ADJOURNED from February 10, 2026, to **Friday, February 27, 2026**.  The parties are hereby notified that, **absent extraordinary cause, the Court is unlikely to further extend these deadlines**.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 113.


SO ORDERED.

12/18/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE