

**GULKOWITZ BERGER LLP**
544 Oak Drive
Far Rockaway, NY 11691
212-208-0006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/17/2026___



February 13, 2026

**VIA ECF**
Honorable Valerie Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> RE:   **Vasquez et al. v. New York City Department of Education**
> **22-cv-3360 (VEC)**
> **Motion to File Under Seal**

Dear Judge Caproni:

I respectfully move for permission to file a declaration with exhibits in opposition to the Defendant's Motion for Summary Judgment under seal. All of the exhibits that will be filed contain the minor Plaintiff student's identifiable information as well as highly confidential information relating to her medical and educational history. One of the exhibits as well as highly confidential and protected information regarding an investigation by Child Protective Services. We therefore respectfully request permission to file these documents under seal. *Webster Groves School Dist. v. Pulitzer Pub. Co.*, 898 F. 2d 1371, 1377 (8th Cir. 1990).

I note that the memorandum of law and responsive statement of material facts have been filed in opposition to the motion for summary judgment have been filed in the public view because these documents do not contain the confidential and identifiable information noted above. By making this motion for the declaration and exhibits only, we are ensuring that the request is as limited as required by law and considers the public interest in court filings.

I consulted with Defendant's counsel and he has no objection to my request.

Therefore, Plaintiffs respectfully request that the declaration and exhibits attached to them in opposition to Defendant's motion to dismiss be allowed to be filed under seal.

Respectfully submitted,

**GULKOWITZ BERGER LLP**

/s/ Shaya M. Berger
Shaya M. Berger, Esq.
544 Oak Drive
Far Rockaway, NY 11691
212-208-0006 (tel) | 718-744-9708 (fax)
sberger@gulkowitzberger.com
*Attorneys for Plaintiffs*

cc:    Alfred Miller, Jr., Assistant Corporation Counsel

Application GRANTED.  The materials to be filed under seal are "judicial documents" to which the common law right of public access attaches.  *United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006)).  Although the documents bear on the "adjudication of a dispositive motion," *id.* at 185, the interests in protecting the privacy of a minor Plaintiff, including by maintaining the confidentiality of sensitive medical information and educational history, outweigh the presumption of public access here.

Plaintiff may file a declaration, and the exhibits thereto, in opposition to Defendant's motion to dismiss under seal.

SO ORDERED.

2/17/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2