**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

LISA VASQUEZ, on behalf of herself and her
Infant daughter J.V.,

Plaintiff,

-against-

22 **CIVIL** 3360 (VEC)

# JUDGMENT

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

Defendant.

----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 30, 2026, Defendant's Motion for Summary Judgment at Dkt. 115 is GRANTED in full. Plaintiff's Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**